UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
FUGUAN LOVICK,                                                      :
:         22 Civ. 4526 (PAE)
Plaintiff,              :
:              ORDER
-v-                                                  :
:
UNITED STATES OF AMERICA,                                           :
:
Defendant.              :
:
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    On June 2, 2022, plaintiff filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. 18 Cr. 834-5 Dkt. 640; 22 Civ. 4552 Dkt. 1. Plaintiff also opened this separate civil matter, filing the same petition. Because 22 Civ. 4552 is the civil docket associated with plaintiff's petition, this case, 22 Civ. 4526, should be closed.

    The Clerk of the Court is respectfully directed to close 22 Civ. 4526. The case 22 Civ. 4552 should remain open.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 2, 2022
       New York, New York